```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03479
    VONETTA L DUNMORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2344


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/03/2006 and was confirmed 05/24/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
ABSOLUTE SOLUTIONS INC    SECURED                   .00           .00           .00
AMERIQUEST MORTGAGE       CURRENT MORTG             .00           .00           .00
AMERIQUEST MORTGAGE       MORTGAGE ARRE         971.54           .00        971.54
AMERIQUEST MORTGAGE       NOTICE ONLY      NOT FILED             .00           .00
AMERIQUEST MORTGAGE CO    NOTICE ONLY      NOT FILED             .00           .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED             .00           .00
JAMES GUSTAFSON & THOMPS  NOTICE ONLY      NOT FILED             .00           .00
IRA T NEVEL               NOTICE ONLY      NOT FILED             .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00           .00
BUREAU OF COLLECTION REC  NOTICE ONLY      NOT FILED             .00           .00
GC SERVICES               NOTICE ONLY      NOT FILED             .00           .00
CHRYSLER FINANCIAL        UNSECURED        NOT FILED             .00           .00
NICOR GAS                 UNSECURED        NOT FILED             .00           .00
NICOR GAS                 UNSECURED        NOT FILED             .00           .00
AT&T WIRELESS             UNSECURED            402.38            .00           .00
CBA COLLECTION BUREAU     UNSECURED        NOT FILED             .00           .00
ROAMANS                   UNSECURED        NOT FILED             .00           .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       269.00             .00        269.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       3,000.00                      3,000.00
TOM VAUGHN                TRUSTEE                                           233.46
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,474.00

PRIORITY                                      269.00
SECURED                                       971.54
UNSECURED                                        .00
ADMINISTRATIVE                              3,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03479 VONETTA L DUNMORE
```

```
TRUSTEE COMPENSATION                                              233.46
DEBTOR REFUND                                                        .00
                                        ----------------   ----------------
TOTALS                                         4,474.00           4,474.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 12/05/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```